Law Division Motion Section Initial Case Management Dates for CALENDARS A,B,C,D,E,F,H,R,X,Z will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: <<CmsHearingStart>>

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

FILED
1/7/2025 12:17 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L000210
Calendar, H
30857706

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Aaron Stevenson
*Who started the case.*      *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Morton's of Chicago/Schaumburg LLC
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

**2025L000210**
Case Number

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Cook County Circuit Court - Law Division   50 W. Washington Street Chicago, IL 60602
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*          *Time*                                  *Courtroom Number*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

SU-S 1503.7                    Page 1 of 6                                    (11/24)

**EXHIBIT 1**

Case Number: _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
                *Courtroom Address*        *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                    *Video Conference Website*

    Log-in information: _____
                *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
                *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____
*Circuit Clerk's Phone Number*            *Website URL*

### 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ _50000.01_____ .
     *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.
   ☐ Yes    ☐ No

### 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

   ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

   ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
              *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: _Morton's of Chicago/Schaumburg LLC_____
     *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

_CT Corporation System_____
*First, Middle, and Last Name*

Street Address: _208 South LaSalle Street, Suite 814_____
     *Street, Apt #*

City, State, ZIP: _Chicago_____ _Illinois_____ _60604-1101_
     *City*            *State*        *Zip*

Telephone: _____ Email: _____

Case Number: _____

c. **Second address** for this Defendant/Respondent:
☐ I do **not** have another address where the Defendant/Respondent might be found.
☑ I have another address where this Defendant/Respondent might be found. It is:

Street Address: 1470 McConnor Parkway_____
*Street, Apt #*

City, State, ZIP: Schaumburg                                        Illinois                60173
                 *City*                                             *State*                *Zip*

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:
☐ Sheriff in Illinois  ☑ Special process server  ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

### PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Aaron Stevenson - John D. Risvold, Attorney  The Collins Law Firm, P.C._____
*First, Middle and Last Name*

Registered Agent's name, if any _____
*First, Middle and Last Name*

Street Address 1770 Park Street, Suite 200_____
*Street, Apt #*

City, State, ZIP: Naperville                                       Illinois                60563
                 *City*                                            *State*                *Zip*

Telephone: (630) 527-9618_____ Email: jrisvold@collinslaw.com_____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** | The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____          *Seal of Court*

Clerk of the Court: 1/7/2025 12:17 PM Mariyana T. Spyropoulos_____

**To be filled in by an officer or process server:**

Date of Service: _____
Fill in the date above and give this copy of the *Summons* to the person served.

**Note to officer or process server:**
- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.



*Case Number: _____*

# NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

# NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons)**:
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number:* _____

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

FILED
1/7/2025 12:17 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L000210
Calendar, H

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Aaron Stevenson
*Who started the case.*    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Morton's of Chicago/Schaumburg LLC
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

2025L000210
**Case Number**

🛑 Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: _____.

Case Number: _____

☐ On the **Business's agent:** _____
                              *First, Middle, Last Name*
    ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
    _____
    _____
    _____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
    _____
    _____
    _____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
    _____
    _____
    _____

## SIGN

I certify under 735 ILCS 5/1-109 that:
1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____   Print Your Name _____

You are: ☐ Sheriff in Illinois           ☐ Special process server
        ☐ Sheriff outside Illinois: _____   ☐ Licensed private detective, license number: _____
                          *County and State*                                                               *License number*

**FEES:**
    Service and Return: $_____    Miles: $_____    Total: $ 0.00 _____

FILED
1/7/2025 12:17 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L000210
Calendar, H
30857706

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COOK COUNTY
DEPARTMENT – LAW DIVISION

| | |
|---|---|
| AARON STEVENSON, ) | |
| An individual ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2025L000210 |
| ) | |
| MORTON'S OF CHICAGO/SCHAUMBURG ) | |
| LLC ) | |
|       Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, AARON STEVENSON, by and through his attorneys, The Collins Law Firm, P.C., and for his Complaint at Law against the Defendant, MORTON'S OF CHICAGO/SCHAUMBURG LLC, states as follows:

### PARTIES

1. Plaintiff Aaron Stevenson is, and at all times mentioned was, a citizen of the state of Kentucky.

2. Defendant MORTON'S OF CHICAGO/SCHAUMBURG LLC., is a Texas Corporation, with its principal place of business in Schaumburg, Cook County, Illinois.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 735 ILCS 5/2-101. Venue is proper in this County, as this case arises out of injuries which occurred at a property owned, operated and controlled by Defendant in Cook County, Illinois.

### GENERAL ALLEGATIONS OF FACT

4. On or about March 7, 2024, Plaintiff was lawfully upon a property commonly known as Morton's Steakhouse (Hereinafter, the "Property" or "Morton's").

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

5. At all relevant times, including on or about March 7, 2024, Defendant owned, maintained, managed, and/or controlled, through its employees, agents and/or apparent agents, the Property, including its common areas, restrooms and entry/exit ways.

6. At all relevant times, including on or about March 7, 2024, Defendant had a general awareness that patrons and business invitees frequently and regularly used all common areas, including the restrooms and entry/exit ways at the Property.

7. At all relevant times, including on or about March 7, 2024, Defendant owed Plaintiff a duty to act with reasonable care in providing safe common areas, hallways, restrooms, and entry/exit ways at the Property.

8. At all relevant times, including on or about March 7, 2024, Defendant was aware or should have been aware that patrons and business invitees could slip on liquids, including spilled water and/or urine in restrooms and entry/exit ways at the Property.

9. At all relevant times, including on or about March 7, 2024, Defendant, by and through their employees, agents and/or apparent agents, caused or failed to clean up a spilled water and urine on the floor of the Morton's restroom, near the urinal, sink and entryway/exit to the men's restroom.

10. A mixture of water and urine was left on the floor and had not been cleaned up at the Property.

11. On March 7, 2024, Plaintiff was lawfully at Morton's for dinner as a paying guest at the Property. As he approached the sink in the men's restroom, he slipped on the spilled water, struck his face and head and fell to the ground.

12. At the time and place aforesaid, Plaintiff was exercising ordinary care and caution for his own safety.

2

13. The spilled water was a dangerous condition because it created a slipping hazard for patrons, including Plaintiff, attempting to use the men's restroom, sink area, and attempting to exit or enter the men's restroom at the Property.

14. The dangerousness of the water was neither open nor obvious to the reasonable patron or to Plaintiff.

15. The tile floor material was a defective and dangerous condition because it created a fall hazard for patrons, including Plaintiff, attempting to traverse the men's restroom at the Property because the material used for flooring was particularly and especially slippery and dangerous when wet.

16. The dangerousness of the tile floor was neither open nor obvious to the reasonable patrons or to Plaintiff.

17. Upon slipping on the spilled water upon the Property, Plaintiff suffered personal injuries that required medical attention and treatment.

### COUNT I – NEGLIGENCE

18. Plaintiff incorporates paragraphs 1-17 as if fully stated herein.

19. On or about March 7, 2024, Defendant owed a duty to Plaintiff, as a paying customer lawfully on the property, to ensure his safety, to provide a safe means to use the men's restroom, as well as enter and exit the men's restroom at the Property, and to otherwise exercise reasonable care in maintaining the Property in a reasonably safe condition for the Plaintiff and all other patrons.

20. Defendant knew or should have known that the tile material used for its men's restroom flooring was particularly and especially slippery and dangerous when wet.

3

21. On or about March 7, 2024, Defendant, through its agents and/or employees, breached its duties to Plaintiff, and was negligent in one or more of the following respects:

    a) Allowed and permitted the water to be left on the floor when they knew or through the exercise of ordinary care should have known that it would cause a slipping hazard for persons, including Plaintiff;

    b) Failed to clean up the water when they knew or in the exercise of ordinary care or should have known that it would cause a slipping hazard for persons, including Plaintiff;;

    c) Failed to warn patrons of the dangerous conditions which they knew or should have known in the exercise of ordinary care posed a hazard to persons, including Plaintiff;

    d) Failed to inspect the Property so as to clean up the water which they knew or should have known in the exercise of ordinary care posed a hazard to persons, including Plaintiff;

    e) Failed to supervise its employees and enforce internal safety policies with respect to monitoring and correcting dangerous and/or defective conditions such as the spilled water;

    f) Knew or should have known that the tile flooring was particularly and especially slippery and dangerous when wet and failed to warn or guard against a known slipping hazard;

    g) Failed to maintain the store's tile floors in a condition that was safe for patrons when wet.

    h) Operated and maintained the Property in a manner that was otherwise careless and negligent.

22. As a direct and proximate cause of one or more of the aforesaid careless and negligent acts and/or omissions of Defendant, the Plaintiff sustained injuries of a physical, personal and pecuniary nature.

23. Defendant knew or should have known that the spilled water on the men's room floor caused a dangerous and defective ingress and egress to the men's restroom at

4

the Property and posed an unreasonable risk of harm and Defendant should have reasonably anticipated that patrons, such as Plaintiff, would fail to recognize the danger or protect themselves against it.

WHEREFORE, the Plaintiff demands judgment against the Defendant, MORTON'S OF CHICAGO/SCHAUMBURG LLC in an amount in excess of $50,000.

Dated: January 7, 2025

Respectfully submitted,

AARON STEVENSON

By: _____*s/John D. Risvold*_____
One of Plaintiff's Attorneys

John D. Risvold
THE COLLINS LAW FIRM, P.C.
1770 Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595
jrisvold@collinslaw.com
Firm No.: 32920
Attorneys for Plaintiff

5

FILED
1/7/2025 12:17 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L000210
Calendar, H
30857706

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COOK COUNTY
## DEPARTMENT – LAW DIVISION

| | |
|---|---|
| AARON STEVENSON,<br>An individual<br><br>        Plaintiff,<br><br>v.<br><br>MORTON'S OF CHICAGO/SCHAUMBURG LLC<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 2025L000210<br>)<br>)<br>)<br>)<br>) |

### RULE 222 AFFIDAVIT OF DAMAGES

The undersigned being first duly sworn upon oath, deposes and states that it is a party to the above-entitled cause of action seeking money damages and states that this cause of action:

    ___    Does not exceed $50,000.00

    _X_    Does exceed $50,000.00

Dated: January 7, 2025                              Respectfully submitted,

                                                By:    _s/John D. Risvold_
                                                              One of Plaintiff's Attorneys

John D. Risvold
THE COLLINS LAW FIRM, P.C.
1770 Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-9618
jrisvold@collinslaw.com
Firm No.: 32920
Attorneys for Plaintiff